FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 20 2022

TAMMY N. DOWNS, CLERK
By:_____
DEP CLERK

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## _____ DIVISION

**CASE NO.** 4:22-cv-00054-LPR

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Travis Johnson
ADC # 610903

Address: 405 W. Pine St. McGehee Ar 71654

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

*This case assigned to District Judge Rudofsky
and to Magistrate Judge Ervin*

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Mark Gober
Position: Sheriff of Drew County
Place of employment: Drew County Sheriff's office
Address: 210 S. main st Monticello Ar.
Name of defendant: Rick Harvey
Position: Investigator for Drew County sheriff's office

-4-

Place of employment: Drew County Sheriff's office

Address: 210 S. main st. main st. 71655

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

TJ

☑ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV. Place of present confinement: ~~Drew County Sheriffs Office~~ Drew County Detention Facility

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__✓__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: Actions taken By investigator to obtain arrest warrant, Violation of civil Rights

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.     Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____     No __✓__

B.     Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ____ No ✓

If not, why? <u>Investigator Violated Civil Rights and Arkansas Rules of Criminal Proceedure 7.1</u>

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Febuary 18, 2021, By Telephone, ~~[scratched out]~~ Drew County sheriffs investigator Rick Harvey Under the Guidance of Sheriff of Drew County Mark Gober did ~~know~~ knowinly and willingly give false information over the phone to a Drew County Judge under oath to obtain an arrest warrant. The Bench warrant ~~no~~ number is BW-21-19. it was filed By Beverly Burks Drew County Court Clerk on March 3, 2021. Ivestigator Harvey claims that witness in Case # CR-21-87 identifies me through video survailance footage, The witness in CR-21-87 states that Identification was through social media (Facebook). In investigator Rick Harvey's narritive dated 3-29-2021 In incident

-7-

#21-04012 He changes his statement that witness James Haire states that He identifies me through a photo shown to him by the victim in Case CR-21-87 on social media (Facebook). Investigator Harvey under oath gave false information to a Drew County Judge to Hastely obtain a warrant for arrest. He fabricated information over the phone to the Judicial officer without showing proof of probable cause.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Officers Behavior noted in his personel file, Official Reprimand and/or Suspension and/or Termination Punitive deliberations on false imprisonment, Lost wages, mental anguish, unconstitutional Confinement conditions, exposure to Black mold. Pain and suffering due to no medical treatment in Jail.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 14th day of Janurary, 2022.

#610903

_____
Signature(s) of plaintiff(s)

Travis Johnson
106 S. Main st
Monticello Ar 71655



INMATE MAIL

Legal mail

Pro Se Clerk
600 W. Capital Ave room A149
Little Rock Ar
        72201-3325