# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TRAVIS JOHNSON**                                                           **PLAINTIFF**
**#610903**

v.                               **Case No: 4:22-cv-00054-LPR**

**MARK GOBER, Sheriff,**
**Drew County;  RICK HARVEY,**
**Investigator, Drew County Sheriff's Office**                               **DEFENDANTS**

## ORDER

Plaintiff Travis Johnson's case was stayed pending the resolution of state court criminal proceedings.[1] The Court gave Mr. Johnson until February 28, 2023 to file either (1) a motion to reopen this case, or (2) a status report on the state proceedings.[2] Mr. Johnson was warned that the failure to do so would result in the Court reopening his case and dismissing it without prejudice.[3] Mr. Johnson has failed to file a motion or status update with the Court, and the time for doing so has expired. The stay is therefore lifted, and this case is dismissed without prejudice.[4] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 21st day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 7).

[2] *Id*.

[3] *Id*.

[4] *See* Local Rule 5.5(c)(2).