IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS JOHNSON**  **PLAINTIFF**
**#610903**

v.    Case No: 4:22-cv-00054-LPR

**MARK GOBER, Sheriff,**
**Drew County;  RICK HARVEY,**
**Investigator, Drew County Sheriff's Office**    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.  The Court certifies that an *in forma pauperis* appeal of this Judgment or the underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 21st day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).